David R. Jordan, Ariz. Bar No. 013891
***The Law Offices of David R. Jordan, P.C.***
1995 State Road 602
PO Box 840
Gallup, NM 87305-0840
(505) 863-2205
Fax: (866) 604-5709
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **SHARON DALLAS,** | )<br>) |
| Plaintiff, | )<br>)   No. _____ |
| vs. | )<br>) |
| **MARC COMMUNITY RESOURCES, INC.,** | )   **COMPLAINT**<br>) |
| Defendant. | )<br>) |

Plaintiff alleges:

1. This action arises under Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e, et seq.) and the Americans With Disabilities Act (42 U.S.C. § 12101, et seq.). This Court is vested with jurisdiction pursuant to 42 U.S.C. § 2000e-5 and 42 U.S. Code § 12117(a) of the United States Code.

2. Plaintiff was employed by Defendant in Mesa, Arizona.

3. Plaintiff was the victim of discrimination against her with respect to her compensation, terms, conditions, or privileges of employment because of her race. This constitutes an unlawful act pursuant to 42 U.S.C. § 2000e-2(a)(1). She was also the victim of discrimination on the basis of her disability in regard to job application

procedures, the hiring, advancement, or discharge of employees, employee compensation, job training, and other terms, conditions, and privileges of employment. This constitutes an unlawful act pursuant to 42 U.S. Code § 12112(a).

4. These charges were presented to the EEOC in January 2018. More than 180 days have passed, and the EEOC has not initiated a civil action on the charges. Plaintiff has the right to sue pursuant to 42 U.S.C. § 2000e-5 and 42 U.S. Code § 12117(a) of the United States Code.

5. Plaintiff was employed by Defendant from on or about February 6, 2017, until approximately August 25, 2017 as a Senior Staff Accountant.

6. Beginning in or around April 2017, Plaintiff was subjected to harassment by Controller Diane Hewlett and Accountant Payable Manager, Tarsa Bosley. Diane Hewlett made comments that included, but were not limited to, asking Plaintiff questions about her Native American heritage and referencing suicide rates among Native Americans.

7. During the same time frame, Ms. Bosley referred to Plaintiff as a "stupid Indian squaw." Ms. Bosley also lodged a false complaint against Plaintiff opening incoming mail, despite being aware that this function was part of her job duties.

8. In or around April 2017, Plaintiff was approved intermittent leave that she had requested as a result of her husband's disability.

9. In or around May 2017, she was harassed again by Diane Hewlett. For instance, she started to question Plaintiff's family medical history, including asking if

cancer runs in Plaintiff's family after she overheard Plaintiff talking to Ms. Chambless about her husband's disability.

10. On or about August 25, 2017, Ms. Hewlett gave Plaintiff a negative performance evaluation and specified that this was because of Plaintiff's absences while on approved leave to assist her husband with his disability. This violated the A.D.A.

11. Plaintiff has been damaged by these violations of the A.D.A. and Title VII. The damages include financial losses due to her forced resignation and emotional harm damages.

12. Plaintiff demands recovery of all damages described herein, plus court costs and such other relief as the court deems appropriate.

WHEREFORE, Plaintiff requests judgment against Defendant as follows:

A. Damages in an amount to be determined by the Court;

B. Court costs and attorneys' fees; and

C. Such other relief as the Court deems just and proper.

*The Law Offices of David R. Jordan, P.C.*

*/s/ David R. Jordan*
David R. Jordan
1995 State Road 602
PO Box 840
Gallup, New Mexico 87305
Attorney for Plaintiff