David R. Jordan, Ariz. Bar No. 013891
djlaw919@gmail.com
***The Law Offices of David R. Jordan, P.C.***
1995 State Road 602
PO Box 840
Gallup, NM 87305-0840
(505) 863-2205
Fax: (866) 604-5709
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon Dallas,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Marc Community Resources, Inc.,<br><br>　　　　　　　Defendant. | No. 2:21-cv-01392-DWL<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff gives notice of dismissal. No answer or motion for summary judgment has been filed.

　　　　　　　　　　　　　　　　***The Law Offices of David R. Jordan, P.C.***

　　　　　　　　　　　　　　　　/s/ *David R. Jordan*
　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

Declaration of David R. Jordan

David R. Jordan declares under penalty of perjury that on November 10, 2021, he caused to have the complaint served upon the Defendant's registered agent. Said Defendant has not answered or otherwise responded to the complaint.

FURTHER DECLARANT SAYETH NAUGHT.

Dated: March 18, 2022

_____
David R. Jordan